## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOLLY MAGUIRE ROTHENBACH, )<br>    Plaintiffs )<br> )<br>v. )<br> )<br>HONORABLE GEOFFREY A. WILSON, )<br>Individually, and as Judge for the Court, )<br>Family Court Department, and HAMPSHIRE )<br>COUNTY PROBATE AND FAMILY COURT, )<br>    Defendants ) | CIVIL ACTION<br>NO. 3:11-cv-30049-MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Honorable Geoffrey A. Wilson, et al., against the plaintiff Molly Maguire Rothenbach, pursuant to the court's endorsed order entered this date, granting the defendants motion to dismiss.

                                              **SARAH A. THORNTON**,
                                              CLERK OF COURT

Dated: October 4, 2011                  By /s/ *Maurice G. Lindsay*
                                                       Maurice G. Lindsay
                                                       Deputy Clerk

(Civil Judgment (Routine) 3.wpd - 11/98)
      [jgm.]